

04-MJ-00643-M

Magistrate Judge Benton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, Plaintiff,

v.

ALI MUHAMMAD BROWN, Defendant.

NO. 04-643M

MOTION FOR DETENTION ORDER

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. § 3142(e) and (f)

1. Eligibility of Case. This case is eligible for a detention order because this case involves (check all that apply):

___ Crime of violence (18 U.S.C. § 3156).

___ Maximum sentence of life imprisonment or death

___ 10 + year drug offense

___ Felony, with two prior convictions in the above categories

XX Serious risk the defendant will flee

___ Serious risk of obstruction of justice

2. Reason for Detention. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

XX Defendant's appearance as required

XX Safety of any other person and the community



UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (check one or more):

__ Probable cause to believe defendant committed 10+ year drug offense or firearm offense under 18 U.S.C. § 924(c)

__ Previous conviction for "eligible" offense committed while on pretrial bond

4. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

__ At the initial appearance

XX After continuance of 3 days (not more than 3)

5. Other matters.

DATED this 18th day of November, 2004.

Respectfully submitted,

JOHN McKAY
United States Attorney

CARL BLACKSTONE
Assistant United States Attorney



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970