AO 442 (REV. 12/85) Warrant for Arrest

# United States District Court

WESTERN DISTRICT OF WASHINGTON

Nov 17   3 10 PM '04

UNITED STATES OF AMERICA

v.

ALI MUHAMMAD BROWN

**WARRANT FOR ARREST**

CASE NO. 04-643M-3

To:  The United States Marshal
and any Authorized United States Officer

FILED ___ ENTERED
___ LODGED ___ RECEIVED

NOV 18 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

YOU ARE HEREBY COMMANDED to arrest <u>ALI MUHAMMAD BROWN</u>
                                              Name

and bring him forthwith to the nearest magistrate to answer a(n)

__ Indictment  __ Information  XX Complaint  __ Order of Court  __ Violation Notice  __ Probation Violation Petition

charging him with (brief description of offense)

Conspiracy and Bank Fraud

04-MJ-00643-RPLY

in violation of Title <u>18</u> United States Code, Sections <u>371 and 1344</u>

MONICA J. BENTON
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ _____

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

November 17, 2004 at Seattle, Washington
Date and Location

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant |
| at _____ |

| DATE RECEIVED 11/17/04 | NAME OF ARRESTING OFFICER Daryl Allison | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 11/18/04 | | |