

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

*700 Stewart Street, Suite 5220*         Tel: (206) 553-7970
*Seattle, Washington 98101-1271*         Fax: (206) 553-0882

December 3, 2004

**VIA ECF**
Terry Kellogg
Attorney at Law
720 Third Avenue, Suite 1900
Seattle, Washington  98104

    Re:    United States v. Ali Muhammad Brown, et al.
           <u>No. CR04-0521C, USDC, W.D. Washington</u>

Dear Mr. Kellogg:

    Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

        Date:        Thursday, December 9, 2004

        Time:        9:00 A.M.

        Before:     Mary Alice Theiler, United States Magistrate Judge

        Place:       United States Courthouse
                       700 Stewart Street, 12th Floor, Seattle, WA  98101

    It will be necessary that you and your client be present at the time and place indicated above, and if so ordered in the Order concerning conditions of release, report to the Pretrial Services Officer at 700 Stewart Street, Seattle, Washington for a pretrial service interview, at least one business day before the initial appearance.  A copy of the Indictment and Order concerning conditions of release on the above-entitled case are enclosed.

    The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 <u>et. seq</u>.), and the District's Plan for Prompt Disposition of Criminal Cases.  The Clerk's Office has copies of the local plan.

    Please note, by General Order dated December 2, 1993, Magistrate Judges are authorized to accept guilty pleas to felony charges.  Please coordinate with the Assistant United States Attorney assigned to the case in the event a guilty plea before trial is anticipated.

                                              Very truly yours,

                                              JOHN McKAY
                                              United States Attorney


                                              /s/ Dru Mercer for

                                              CARL BLACKSTONE
                                              Assistant United States Attorney

Enclosures