UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALI MUHAMMAD BROWN,

    Defendant.

CASE NO. (04-643M)

CR04-521 C

DETENTION ORDER

FILED ___ ENTERED
LODGED ___ RECEIVED

DEC - 8 2004

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Offense charged:

    Count I: CONSPIRACY TO COMMIT BANK FRAUD - Title 18, U. S. C., Sections 1344 and 2

    Count II - IX: BANK FRAUD - Title 18, U.S.C., Sections 1344 and 2

Date of Detention Hearing: December 3, 2004.

The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions, which defendant can meet, will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The Defendant is viewed as a risk of nonappearance due to an outstanding warrant for the Defendant's failure to appear on local assault charges. Additionally, with the arrest of co-defendants who are family members, this defendant lacks a stable residence here in Washington.

(2) The Defendant is viewed as risk of danger to the community due to the nature of the instant offense which indicates that three firearms were found at his

DETENTION ORDER
PAGE -1-

1 residence, despite his conviction for domestic violence assault.
2 Thus, there is no condition or combination of conditions that would reasonably assure future
3 court appearances.
4 It is therefore ORDERED:

5     (1) Defendant shall be detained pending trial and committed to the custody of the
6         Attorney General for confinement in a correctional facility separate, to the extent
7         practicable, from persons awaiting or serving sentences, or being held in custody
8         pending appeal;

9     (2) Defendant shall be afforded reasonable opportunity for private consultation with
10         counsel;

11     (3) On order of a court of the United States or on request of an attorney for the
12         Government, the person in charge of the correctional facility in which defendant
13         is confined shall deliver the defendant to a United States Marshal for the purpose
14         of an appearance in connection with a court proceeding; and

15     (4) The clerk shall direct copies of this order to counsel for the United States, to
16         counsel for the defendant, to the United States Marshal, and to the United States
17         Pretrial Services Officer.

18 DATED this _6_ day of December, 2004.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-