Judge Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR04-521C |
| ) | |
| v. ) | JOINT MOTION TO CONTINUE |
| ) | TRIAL DATE AND EXTEND THE |
| KARIM ABDULLAH ASSALAAM, ) | TIME FOR PRETRIAL MOTIONS |
| ATTAWWAAB MUHAMMAD FARD, ) | |
| ALI MUHAMMAD BROWN, and ) | |
| HERBERT CHANDLER SANFORD, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The United States of America, by and through John McKay, United States Attorney for the Western District of Washington, and Carl Blackstone, Assistant United States Attorney for said District, and defendant Karim Abdullah Assalaam, by and through his counsel, Peter Mazone, hereby jointly move the Court, pursuant to 18 U.S.C. § 3161(h)(8), for an Order continuing the trial date from February 7, 2005, until at least March 14, 2005, and excluding the period from February 7, 2005, until March 14, 2005, for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174[1]. The parties also request that the Court

---

[1] Defendant Brown through his counsel has indicated that he opposes any continuance of the trial date. The Government anticipates that the other two defendants may join in the continuance motion. Defendant Sanford's attorney, Catherine Chaney, has recently withdrawn and as a result, new counsel will be appointed. The Government assumes that new counsel will not be prepared to go to trial on the currently scheduled trial date. Additionally, defendant Fard is considering whether to agree to the proposed continuance.

JOINT MOTION TO CONTINUE
TRIAL DATE/ASSALAAM/CR04-521C— 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

extend the deadline for filing all pretrial motions until January 31, 2005, with responses due fourteen days thereafter. In support of this motion, the parties recite the following:

On December 2, 2004, the Grand Jury returned a nine-count Indictment against the four defendants. Count one charges each defendant with conspiracy to commit bank fraud in violation of 18 U.S.C. § 371. Defendants Assalaam and Fard are charged in Counts two through nine of the Indictment with bank fraud in violation of 18 U.S.C. § 1344. Defendant Sanderson is charged in Counts five through nine with bank fraud and defendant Brown is charged in Counts six through nine with bank fraud. Defendant Assalaam was arraigned on December 2, 2004, and he has been detained pending trial. Defendants Fard, Brown and Sanford were arraigned on December 8, 2004, and they have all been ordered detained pending trial. Trial in this matter is scheduled for February 7, 2005, and pretrial motions are due December 30, 2004.

The United States and defendant Assalaam agree that this matter presents a trial of relative legal and factual complexity. The Indictment alleges a widespread scheme to defraud financial institutions spanning almost three years. The Government anticipates seeking a superseding indictment which will allege a loss in excess of $500,000 resulting from this scheme. There are also a number of witnesses who will testify at trial.

Additionally, the discovery in this case is voluminous. During the course of the investigation, the United States has obtained a large volume of bank records and other pertinent documents. There are also a significant number of recorded conversations, some of which are span several hours. Additionally, as a result of several search warrants, the United States has obtained several computers and large number of documents. To date the Government has already produced in excess of 1500 pages of discovery. The defendants are still in the process of reviewing the remaining discovery and the Government anticipates that the defendants will request copies of some or all of this discovery.

JOINT MOTION TO CONTINUE
TRIAL DATE/ASSALAAM/CR04-521C— 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  The United States and defendant Assalaam therefore agree that it would be
2  unreasonable to expect adequate preparation for trial without a continuance, even with
3  diligent and good faith efforts by counsel to prepare for trial, because of the complexity
4  of the case, the volume of discovery, and the large number of witnesses, and further
5  agree that a continuance of the trial date un
6  til at least March 14, 2005, would allow for effective preparation for trial.  The parties
7  also request that the Court extend the deadline for filing pretrial motions until
8  January 31, 2005, with responses due fourteen days thereafter.
9  The defendants further agree that they will execute an effective waiver of their
10 rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174,
11 which shall include the agreement that the period from February 7, 2005 until
12 March 14, 2005,shall be an excludable period of time pursuant to 18 U.S.C.
13 § 3161(h)(8)(A).
14 DATED this   27th   day of December, 2004.

Respectfully submitted,

JOHN McKAY
United States Attorney


s/  *Carl Blackstone*
CARL BLACKSTONE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:      (206) 553-2905
Fax:            (206) 553-4986
E-mail:  Carl.Blackstone@usdoj.gov


s/ *Peter Mazzone*
PETER MAZZONE
Attorney for Defendant
Karim Abdullah Assalaam

JOINT MOTION TO CONTINUE
TRIAL DATE/ASSALAAM/CR04-521C— 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on <u>December 27</u>, 2004, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant. I hereby certify that I have served the attorney of record for the defendant that are non CM/ECF participants via telefax.

<pre>
                    s/ Cheryl E. Walkden
                    CHERYL E. WALKDEN
                    Paralegal Specialist
                    United States Attorney's Office
                    700 Stewart Street, Suite 5220
                    Seattle, Washington 98101-1271
                    Phone:  (206) 553-1511
                    Fax:    (206) 553-0755
                    E-mail: Cheryl.Walkden@usdoj.gov
</pre>

JOINT MOTION TO CONTINUE
TRIAL DATE/ASSALAAM/CR04-521C— 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970