Judge Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KARIM ABDULLAH ASSALAAM, ) <br> ATTAWWAAB MUHAMMAD FARD, ) <br> ALI MUHAMMAD BROWN, and ) <br> HERBERT CHANDLER SANFORD, ) <br> ) <br> Defendants. ) <br> _____) | NO. CR04-521C <br><br> NOTICE OF MOTION TO CONTINUE TRIAL DATE AND EXTEND THE TIME FOR PRETRIAL MOTIONS <br><br> Noted: January 7, 2005 |

On December 27, 2004, the United States and defendant Karim Assalaam filed a joint motion to continue trial date and extend the time for pretrial motion in this case. The parties neglected to note the motion. By this notice the United States hereby notes the motion for January 7, 2005.

DATED this 4th day of January, 2005.

Respectfully submitted,

JOHN McKAY
United States Attorney

s/CARL BLACKSTONE
CARL BLACKSTONE
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-2905
Fax: (206) 553-2422
E-mail: Carl.Blackstone@usdoj.gov

NOTICE OF JOINT MOTION TO CONTINUE TRIAL/ASSALAAM/— 1
CR04-521C

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2    I hereby certify that on January 4, 2005, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to the attorney(s)

of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the

defendant(s) that are non CM/ECF participants via telefax.

        s/JANET K. VOS
        Janet K. Vos
        Paralegal Specialist
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone: (206) 553-5041
        FAX:   (206) 553-0755
        E-mail:  Janet.Vos@usdoj.gov

NOTICE OF JOINT MOTION TO CONTINUE TRIAL/ASSALAAM/— 2
CR04-521C

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970