UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KARIM ABDULLAH ASSALAAM, et al.,<br><br>    Defendant. | CASE NO. CR04-521C<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Joint Motion to Continue Trial Date (Dkt. No. 48). The Court finds that pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv), the ends of justice served by continuing the trial date to March 14, 2005, outweigh the best interests of the public and the defendants in a speedy trial. As set forth in the parties' motion, the continuance and is necessary for effective case preparation due to the number and complexity of the charges contained in the Indictment, voluminous discovery, and large number of witnesses.

The Court hereby ORDERS that trial in this matter is continued until March 14, 2005 at 9:00 a.m. Further, for the purposes of computing the time limitations imposed by the Speedy Trial Act of 18 U.S.C.

MINUTE ORDER – 1

§§ 3161-3174, the Court ORDERS that the period of delay from February 7, 2005, until March 14, 2005, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (h)(8)(B)(iv).  The pretrial motions deadline is January 31, 2005.

      DATED this __7th__ day of January, 2005.

                                            BRUCE RIFKIN, Clerk of Court


                                            By __/s/ L. Simle_____
                                                     Deputy Clerk

MINUTE ORDER – 2