Magistrate Judge Weinberg

FILED
LODGED _____ ENTERED
_____ RECEIVED

FEB 9 2005

BY WESTERN DISTRICT OF WASHINGTON AT SEATTLE
CLERK U.S. DISTRICT COURT
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.   CR04-521C |
| Plaintiff, | ) | |
| v. | ) | CONSENT TO RULE 11 PLEA IN A FELONY CASE MAGISTRATE JUDGE |
| ALI MUHAMMAD BROWN, | ) | |
| Defendant. | ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation

//
//
//

04-CR-00521-CERT

RULE 11 PLEA/KARIM ABDULLAH ASSALAAM
CR04-521C

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1 | report, the assigned United States District Judge will then decide whether to accept or

2 | reject my plea of guilty and any plea agreement I may have with the United States and

3 | will adjudicate guilt and impose sentence.

4 |         DATED this 9<u>th</u> day of <u>February</u>, 2005.

ALI MUHAMMAD BROWN
Defendant

TERRENCE KELLOGG
Attorney for Defendant

APPROVED:

CARL BLACKSTONE
Assistant United States Attorney

RULE 11 PLEA/KARIM ABDULLAH ASSALAAM
CR04-521C