Magistrate Judge Weinberg

04-CR-00521-RPT

FILED
LODGED
ENTERED
RECEIVED

FEB 9 2005

CLERK AT SEATTLE
WESTERN U.S. DISTRICT COURT
DISTRICT OF WASHINGTON
BY              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | NO. CR04-521C |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | REPORT AND RECOMMENDATION CONCERNING PLEA |
| ALI MUHAMMAD BROWN, | ) | |
| Defendant. | ) | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to the Indictment. After examining the defendant under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I, therefore, ordered a presentence report. Subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), I recommend that the defendant be adjudged guilty and have sentence imposed.

DATED this ___ day of February, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Objections to this Report and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B).

RULE 11 PLEA/KARIM ABDULLAH ASSALAAM
CR04-521C

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970