**CR4-521**     04-CR-00521-JGM

# NO SUPPORTING/IMAGE RECORD UNDER THIS ENTRY