# PHILLIPS AND MAZZONE, LAWYERS

2910 Colby Avenue, Suite 200 Everett, WA 98201
Phone (425) 259-4989  Fax (425) 259-5994
www.pmjustice.com

| Peter Mazzone | Charles M. Markwell | John W. Ewers |

April 28, 2005

Ms. Jamie Halvorson
United States Probation
1717 Pacific Avenue, Rm. 1310
Tacoma, WA 98402

Re:   U.S.A. v. Assalaam, Karim A.
      **Cause No. CR04-521C**
      Objections to Presentence Report

Following my review of the draft of the Presentence Report, please note the following corrections and/or objections.

**Paragraph 24.** Mr. Assalaam objects to the first three sentences of this paragraph. Mr. Assalaam denies buying any official bank check paper from CI-3. Mr. Assalaam denies driving away with Mr. Brown and being stopped by police. Mr. Assalaam denies being arrested with Mr. Brown.

Mr. Assalaam admits to dropping his brother off to work with CI-3. Mr. Assalaam believed that Mr. Brown was legitimately employed by CI-3 and he believed he was merely dropping his brother Ali off to go to work. Mr. Assalaam had no knowledge regarding his brother's intention to buy bank check paper from CI-3.

Furthermore, Mr. Assalaam denies being arrested at the same time as his brother Ali and CI-3. Mr. Assalaam insists he had driven away after dropping his brother off and was arrested some 10 minutes later after he was stopped by the police. His brother Ali was not with him at that time. He denies having any conversation regarding bank check paper with CI-3 on that occasion.

If you have any questions, please do not hesitate to contact me. Thank You for your attention herein.

Very Truly Yours,

Peter Mazzone

cc.   Karim Abdul Assalaam
      AUSA Carl H. Blackstone