Judge Coughenour

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br> v.<br>ATTAWWAAB MUHAMMAD FARD,<br>    Defendant. | NO.   CR04-521C<br><br>GOVERNMENT'S<br>SENTENCING MEMORANDUM |

The United States of America, by and through John McKay, United States Attorney for the Western District of Washington, and Carl Blackstone, Assistant United States Attorney, and submits the following sentencing memorandum.

The Government agrees with the Probation Department's Guideline calculations and sentencing recommendation.

DATED this 17th day of May, 2005.

        Respectfully submitted,

        JOHN McKAY
        United States Attorney

        s/CARL BLACKSTONE
        CARL BLACKSTONE
        Assistant United States Attorney
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, WA 98101-1271
        Telephone:  (206) 553-2905
        Fax:  (206) 553-4986
        E-mail: Carl.Blackstone@usdoj.gov

GOVERNMENT'S SENTENCING MEMORANDUM/FARD - 1
CR04-521C

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2   I hereby certify that on May 17, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via U.S. Mail or telefax.

```
                         s/JANET K. VOS
                         Janet K. Vos
                         Paralegal Specialist
                         United States Attorney's Office
                         700 Stewart Street, Suite 5220
                         Seattle, Washington 98101-1271
                         Phone: (206) 553-5041
                         FAX:   (206) 553-4986
                         E-mail:  Janet.Vos@usdoj.gov
```

GOVERNMENT'S SENTENCING MEMORANDUM/FARD - 2
CR04-521C