Judge John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALI MUHAMMAD BROWN, ) <br> ) <br> Defendant. ) <br>_____) | NO.  CR04-521C <br><br> GOVERNMENT'S SENTENCING MEMORANDUM |

The United States agrees with the Probation Department's Guidelines calculation and sentencing recommendation.

DATED this 6th day of June 2005.

Respectfully Submitted,

JOHN McKAY
United States Attorney


s/Carl Blackstone
CARL BLACKSTONE
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-2905
Fax: (206) 553-0755
E-mail: Carl.Blackstone@usdoj.gov

ALI MUHAMMAD BROWN GOVT.'S       - 1
SENTENCING MEMORANDUM (CR04-521C)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2   I hereby certify that on June 6, 2005 I electronically filed the foregoing with the Clerk of
3 the Court using the CM/ECF system which will send notification of such filing to the
4 attorney(s) of record for the defendant(s).  I hereby certify that I have served the attorney(s) of
5 record for the defendant(s) that are non CM/ECF participants via telefax.

s/Elisa G. Jimenez
ELISA G. JIMENEZ
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4408
FAX:   (206) 553-0755
E-mail: Elisa.Jimenez@usdoj.gov

ALI MUHAMMAD BROWN GOVT.'S   - 2
SENTENCING MEMORANDUM (CR04-521C)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970