Judge Coughenour

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **NO.** CR 04-521 C |
| Plaintiff, | ) | |
| v. | ) | DEFENDANT ALI BROWN'S |
| | ) | PRESENTENCE REPORT |
| | ) | |
| ALI MUHAMMAD BROWN, et. al. | ,) | |
| Defendants. | ) | |

*Guideline  Application:*

The defense believes the correct guideline application, with two points deducted for acceptance  of responsibility, is an adjusted offense level of 4, and a criminal history category I, based on no points of prior criminal history. The applicable range is 0-6 months. It is believed probation is in agreement with this calculation.

*Recommendation:*

DEFENDANT BROWN'S
PRESENTENCE REPORT- 1

The defendant Muhammed Ali Brown, through counsel, Terrence Kellogg, agrees with the recommendation of probation and the government that the sentence in this matter be for 84 days confinement with credit for 84 days previously served, together with a term of supervised release of three years and restitution in the amount $1,502.00.

Ali Brown appears to have learned his lesson from this experience. He has tremendous potential and ability and is a most personable young man. He is saying all of the right things with regard to this experience and is asking the court for an opportunity to show he will be a productive and law-abiiding member of the community in the future.

DATED this 6th day of June, 2005.

Respectfully submitted,

S/_____
Terrence Kellogg,
Attorney for Brown
WA. State Bar # 6452
1900 Pacific Bg.
720 Third Ave.
Seattle, WA. 98104
Telephone: (206) 447-1815
Fax: (206) 447-1901
E-Mail: tklaw@netos.com

DEFENDANT BROWN'S
PRESENTENCE REPORT- 2

TERRENCE KELLOGG
PACIFIC BUILDING, SUITE 1900
720 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 447-1815