Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: CR04-521C |
| | ) | |
| v. | ) | LETTER IN SUPPORT OF |
| | ) | DEFENDANT'S SENTENCING |
| HERBERT CHANDLER SANFORD, | ) | MEMORANDUM |
| | ) | |
| Defendant. | ) | |

Herbert Sanford, through his attorney Alison Holcomb, respectfully submits the following letter in support of his sentencing memorandum, pursuant to Local Rule W.D.Wash. CrR 32(c)(1)(D), for the Court's consideration before imposition of sentence. Mr. Sanford is currently scheduled to be sentenced Friday, December 16, 2005, at 9:00 a.m.

//

LETTER IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM - 1

ALISON HOLCOMB
ATTORNEY AT LAW
1205 EAST PIKE STREET, SUITE 2C
SEATTLE, WASHINGTON 98122
(206) 812-0123

DATED this ___15th___ day of December, 2005.

s/ *Alison Holcomb*
Washington State Bar No. 23303
Alison Holcomb, Attorney at Law
1205 East Pike Street, Suite 2C
Seattle, Washington 98122
Telephone: (206) 812-0123
Fax: (206) 328-4670
E-mail: alison@alisonholcomb.com
*Counsel for Defendant Herbert Sanford*

CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Carl Blackstone, Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
*Counsel for Plaintiff*

s/ *Suzie Strait*
Suzie Strait, Legal Assistant
Alison Holcomb, Attorney at Law
1205 East Pike Street, Suite 2C
Seattle, Washington 98122
Telephone: (206) 812-0123
Fax: (206) 328-4670
E-mail: suzie@alisonholcomb.com

LETTER IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM - 2

ALISON HOLCOMB
ATTORNEY AT LAW
1205 EAST PIKE STREET, SUITE 2C
SEATTLE, WASHINGTON 98122
(206) 812-0123