# EXHIBIT A

10-15-05

Dear Judge Coughenour,

Hi my name is Kiere Marcel Sanford the oldest son of my Dad Herb Sanford. I'm 15 years old and I'm currently enrolled at Mount Tahoma High School in Tacoma Washington. My Dad is a big help in my day to day life and father. I'm writing this letter in hopes that he can be considered for the Home monitor Program to be here with me in person and not get looked up. This year for me has been really hard with Sports, grades, and at home. I Look up to my Dad and I've learned alot from him, about his mistakes. Please give him a chance to be here for me.

Thank you
Sincerly  Kiere M. Sanford