UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALI MUHAMMAD BROWN, ) <br> ) <br> Defendant. ) <br> ) | NO.   CR04-521JCC-003 <br><br> SATISFACTION OF <br> MONETARY IMPOSITION |

The monetary imposition in the above case having been paid in full, the Clerk for the Western District of Washington is hereby authorized and empowered to satisfy and cancel said judgment of record.

DATED this 23rd day of January,  2006.

Respectfully submitted,

JOHN McKAY
UNITED STATES ATTORNEY


s/Anastasia D. Bartlett
ANASTASIA D. BARTLETT
Assistant United States Attorney
Washington State Bar No. 7142
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4067
E-mail: anastasia.bartlett@usdoj.gov