PROB 12A
(03/08)

# United States District Court

for

## Western District of Washington

Report on Offender Under Supervision

**Name of Offender:** Attawwaab Muhammad Fard    **Case Number:** CR04-00521JCC

**Name of Judicial Officer:** The Honorable John C. Coughenour

**Date of Original Sentence:** May 20, 2005    **Date of Report:** March 11, 2008

**Original Offense:** Conspiracy to Commit Bank Fraud

**Original Sentence:** 9 months imprisonment, 3 years TSR

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** August 19, 2005

**Special Conditions Imposed:**

☐ Substance Abuse    ☒ **Financial Disclosure**    ☒ **Restitution: $37,840.78**

☐ Mental Health    ☐ Fine    ☐ Community Service

☒ **Other: no firearms, submit to search, submit to computer monitoring, possess no identification other than offender's true legal name.**

---

### NONCOMPLIANCE SUMMARY

The probation officer believes that Attawwaab Muhammad Fard has violated conditions of supervision by:

Violation
 Number    Nature of Noncompliance

1.    Failure to pay restitution in the amount of $37,840.78 during the period of supervision, in violation of the general condition of supervision and special condition #5.

U.S. Probation Officer Action: On August 19, 2005, Mr. Fard commenced his three year term of supervised release. The court imposed criminal monetary penalties of a $100.00 penalty assessment and $37,840.78 restitution. Mr. Fard has paid the assessment in full and currently has an outstanding balance of 37,740.78 restitution.

Mr. Fard has remained in general compliance throughout his term of supervision, but has continually sturggled with consistent monthly payments. It is the opinion of this officer that Mr. Fard's failure to pay the remaining balance of restitution is not willful. He has demonstrated responsibility for his offense and toward his court ordered obligations.



04-CR-00521-EXH

The Honorable John C. Coughenour  Page 2
Report on Offender
Under Supervision

It is respectfully recommended that Mr. Fard's term of supervision be allowed to expire as scheduled. The remaining balance of restitution will continue to be collected by the United States Attorney's Office Financial Litigation Unit.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 11th day of March, 2008.

Felix Calvillo, Jr.
Senior U.S. Probation Officer

APPROVED:
William S. Corn
Chief U. S. Probation Officer

BY:
Robin L. Elliott
Supervising U.S. Probation Officer

fc
3/11/08

---

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ No Action Approved
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Signature of Judicial Officer

3/17/08
Date