PROB 12A
(03/08)

04-CR-00521-ORD

# United States District Court

for

Western District of Washington

Report on Offender Under Supervision

**Name of Offender:** Karim Abdullah Assalaam     **Case Number:** CR04-00521JCC

**Name of Judicial Officer:** The Honorable John C. Coughenour

**Date of Original Sentence:** 05/20/05     **Date of Report:** 3/17/08

**Original Offense:** Conspiracy to Commit Bank Fraud

**Original Sentence:** 9 months imprisonment and three years supervised release

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 08/19/05

**Special Conditions Imposed:**

☐ Substance Abuse    ☒ **Financial Disclosure**    ☒ **Restitution: $60,842.59**

☐ Mental Health    ☐ Fine    ☐ Community Service

☒ **Other: no firearms; cooperate with DNA collection; ongoing computer monitoring; and no ID in other than true name.**

## NONCOMPLIANCE SUMMARY

The probation officer believes that Karim Abdullah Assalaam has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failing to pay the remainder of his restitution, in monthly installments of not less than 10% of his gross monthly income, during the period of supervision. |

U.S. Probation Officer Action:

Mr. Assalaam was released to supervision on August 19, 2005, and is scheduled to terminate on August 18, 2008. As a condition of supervised release, he was ordered to pay $60,842.59 in restitution, during the period of supervision. On September 13, 2007, a violation report was submitted alleging that Mr. Assalaam committed the crime of Driving While License Suspended 3rd Degree. The report recommended, and your Honor ordered that no action be taken at that time.

Since that time, Mr. Assalaam's license has been reinstated and he has worked full-time at his own carpet cleaning company. Tax records indicate that Mr. Assalaam made only $9,000 last year in income. In addition to himself, Mr. Assalaam supports his wife and two children. Since his income from the carpet cleaning business varies, his restitution payments have been sporadic, at best.

Mr. Assalaam's restitution was ordered to be paid jointly and severally, with his three co-defendants. To date, Mr. Assalaam has paid $620 of the $1,825 collected in this case. However, since his income is so low, it does not appear that violation proceedings are appropriate. Therefore, it is recommended that no action be taken at this time. It is further recommended that Mr. Assalaam's supervised release be allowed to expire, as ordered, on August 18, 2008, and that the remaining restitution be collected by the Financial Litigation Unit of the United States Attorney's Office.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 17 day of March, 2008.

Michael S. Larsen
Senior U.S. Probation Officer

APPROVED:
William S. Corn
Chief U. S. Probation Officer

BY:
Robin L. Elliott
*Supervising U.S. Probation Officer*

MSL/msl
3/18/08

---

THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ No Action Approved

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

3/24/08
Date