PROB 12A
(04/08)

# United States District Court

for

## Western District of Washington

Report on Offender Under Supervision

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 28 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

**Name of Offender:** Ali Muhammad Brown          **Case Number:** CR04-00521JCC

**Name of Judicial Officer:**   The Honorable John C. Coughenour

**Date of Original Sentence:** 06/10/05           **Date of Report:** 4/17/08

**Original Offense:** Conspiracy to Commit Bank Fraud

**Original Sentence:** Credit for time served (84 days) and three years supervised release

**Type of Supervision:** Supervised Release       **Date Supervision Commenced:** 06/10/05

**Special Conditions Imposed:**

☐ Substance Abuse       ☒ **Financial Disclosure**       ☒ **Restitution: $1,502**

☐ Mental Health         ☐ Fine                            ☐ Community Service

☒ **Other: search, no new credit, and no ID in other than true name.**

---

## NONCOMPLIANCE SUMMARY

The probation officer believes that Ali Muhammad Brown has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Committing the crime of Assault 4 Domestic Violence, on or about July 13, 2007, in violation of the general condition that he not commit another federal, state, or local crime. |
| 2. | Committing the crime of Interfering with Reporting of Domestic Violence, on or about July 13, 2007, in violation of the general condition that he not commit another federal, state, or local crime. |
| 3. | Committing the crime of Driving with License Suspended 3rd Degree, on or about April 11, 2008, in violation of the general condition that he not commit another federal, state, or local crime. |



04-CR-00521-ORD

RECEIVED

APR 21 2008

U.S. PROBATION OFFICE
TUKWILA, WASHINGTON

The Honorable John C. Coughenour                                             Page 2
Report on Offender
Under Supervision

U.S. Probation Officer Action:

On April 11, 2008, Mr. Brown was arrested by Puyallup Police for driving with license suspended 3rd degree and on a warrant from Kent Municipal Court for Assault 4 Domestic Violence and Interfering with Reporting of Domestic Violence. Mr. Brown is currently in custody in the Kent City Jail in lieu of $1,000 bail. It is alleged that the domestic violence incident occurred on July 13, 2007, and the Kent Police report indicates that the victim was not cooperative in allowing the officers to obtain evidence related to the crime. For these reasons, it is respectfully recommended that no action be taken pending the outcome of the Kent and Puyallup Municipal Court cases.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this _18_ day of _April_, 2008.

Michael S. Larsen
Senior U.S. Probation Officer

APPROVED:
William S. Corn
Chief U. S. Probation Officer

BY:
Robin L. Elliott
Supervising U.S. Probation Officer

MSL/msl
4/17/08

THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ No Action Approved

☐ Submit a Request for Modifying the Condition or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

4/28/08
Date